UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-80050-KAM

FELIX ECHEVERRIA, and others similarly situated

    Plaintiff,

vs.

THERMA SEAL SPRAY FOAM INSULATION SYSTEMS LLC, et al.,

    Defendants.
_____/

### ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal With Prejudice (DE 43). Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court has reviewed the parties' settlement agreement (DE 43-1) and finds that it is a reasonable compromise of disputed issues.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties' joint motion (DE 43) is **GRANTED**. The settlement (DE 43-1) is **APPROVED**. This case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the parties' settlement agreement. Each party shall bear its own costs and attorneys' fees except as otherwise stated in the settlement agreement. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of April, 2016.

                                                KENNETH A. MARRA
                                                United States District Judge